GARY W. DYER
Attorney for the United States Trustee
United States Dept. of Justice
Office of the United States Trustee
United States Courthouse
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

THE CATHOLIC BISHOP OF SPOKANE

Debtor

Case No: 04-08822-11

APPOINTMENT OF TORT CLAIMANTS' COMMITTEE

The United States Trustee hereby appoints the following creditors of the above-named debtor to the committee of tort claimants:

Richard Frizzell
c/o Duane Rasmussen
P.O. Box 730
Liberty Lake, WA 99019
also c/o Michael Pfau
One Union Square
600 University, Suite 2100
Seattle, WA 98101

Brynne Malone

Steve Denny

Marjorie Garza

Michael Shea
c/o Frank Conklin
818 W. Riverside Ave.
Spokane, WA 99201

Due to a lack of response, no unsecured creditors committee has been appointed.

D A T E D this 23rd day of December, 2004.

Respectfully submitted,

ILENE J. LASHINSKY
United States Trustee

/s/ Gary W. Dyer
GARY W. DYER
Attorney for the United States Trustee

APPT. TORT CLAIMANTS' COMMITTEE

FILED
DEC 2 3 2004
T.S. McGREGOR, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

04-08822-FPC11  Doc 91  Filed 12/23/04  Entered 12/23/04 13:40:41  Pg 1 of 1