GARY W. DYER
Attorney for the United States Trustee
United States Dept. of Justice
Office of the United States Trustee
United States Courthouse
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In re:

CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE, a Washington Corporation sole,

Debtor(s)

Case No: 04-08822 PCW11

APPOINTMENT OF COMMITTEE OF TORT LITIGANTS IN A CHAPTER 11 REORGANIZATION CASE

The United States Trustee hereby appoints the following creditors of the above-named debtor to the Committee of Tort Litigants (those who had filed tort-based lawsuits against the debtor prior to the filing of the petition in bankruptcy):

Richard Frizzell
Mark Mains
William McVay
Brad Norton
Michael Shea

D A T E D this 2nd day of February, 2005.

Respectfully submitted,

ILENE J. LASHINSKY
United States Trustee

/s/ Gary W. Dyer
GARY W. DYER
Attorney for the United States Trustee

RECONSTITUTION OF AND APPOINTMENT OF COMMITTEE OF TORT CLAIMANTS

04-08822-FPC11    Doc 206    Filed 02/02/05    Entered 02/02/05 17:02:40    Pg 1 of 1