Shelley N. Ripley
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside, Suite 1100
Spokane, WA 99201
(509) 624-5265
Attorneys for US Bank, N.A.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>THE CATHOLIC DIOCESE OF SPOKANE,<br><br>Debtor. | Case No. 04-08822-PCW11<br>Chapter 11<br><br>AFFIDAVIT OF NO OBJECTIONS |

STATE OF WASHINGTON )
                                            )ss.
County of Spokane            )

SHELLEY N. RIPLEY, being first duly sworn upon oath, deposes and says:

1. I am one of the attorneys for U.S. Bank, N.A. ("US Bank"), the movant herein.

2. On May 3, 2005, US Bank filed its Motion for Order Granting Relief from Automatic Stay ("Motion").

3. On May 4, 2005, US Bank mailed its Notice of Motion Granting Relief From Automatic Stay ("Notice of Motion") to all parties on the Master Mailing List.

4. An excess of 15 days has elapsed since the mailing of the Notice of the Motion, and no objection has been received by either US Bank's attorneys or the Clerk of this Court. Therefore,

**AFFIDAVIT OF NO OBJECTIONS - 1**
G:\U\U.S. Bank 88856\Catholic Bishop\Bankruptcy filing\Affidavit of No Objection.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

04-08822-FPC11    Doc 460    Filed 05/20/05    Entered 05/20/05 16:18:42    Pg 1 of 2

an entry of an Order pursuant to the Motion is appropriate.

_____
SHELLEY N. RIPLEY, WSBA 28901

SUBSCRIBED AND SWORN to before me this  20  day of May, 2005.

_____
Print name:  BRIDGET K. BAGG
Notary Public in and for the State
of Washington, residing at  SPOKANE
My commission expires:  3-3-07

**AFFIDAVIT OF NO OBJECTIONS - 2**
G:\U\U.S. Bank 88856\Catholic Bishop\Bankruptcy filing\Affidavit of No Objection.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265