| | |
|---|---|
| 1 | Schedule 2.18-Catholic Entities |
| 2 | Catholic Cemeteries of Spokane |
| 3 | Bishop White Seminary |
| 4 | Morning Star Boys' Ranch |
| 5 | Immaculate Heart Retreat Center |
| 6 | Catholic Charities of Spokane |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -85
291/526060.82
030707 1145/62174.00001

Schedule 2.83-Matrix Protocol for Compensation of Sexual Abuse Claims

To follow

Schedule 2.91-Parishes

| Parish | Location |
|---|---|
| Assumption of the Blessed Virgin | Spokane |
| Assumption of the Blessed Virgin | Walla Walla |
| Cathedral of Our Lady of Lourdes | Spokane |
| Holy Family | Clarkston |
| Holy Ghost | Valley |
| Holy Rosary | Pomery |
| Holy Rosary | Rosalia |
| Holy Rosary | Tonasket |
| Holy Trinity | Washtucna |
| Immaculate Conception | Colville |
| Immaculate Conception | Davenport |
| Immaculate Conception | Oroville |
| Immaculate Conception | Republic |
| Immaculate Heart Retreat Center | Spokane |
| Mary Queen of Heaven | Spokane |
| Mary Queen of Heaven | Sprague |
| Our Lady of Fatima | Spokane |
| Our Lady of Lourdes | West End |
| Our Lady of Perpetual Help | St. John |
| Our Lady of Sorrows | Kallispel Reservation |
| Our Lady of the Lake | Suncrest |
| Our Lady of the Valley | Okanogan |
| Pure Heart of Mary | Northport |
| Sacred Heart | Brewster |
| Sacred Heart | Kettle Falls |
| Sacred Heart | Nespelem |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -87
291/526060.82
030707 1145/62174.00001

| Parish | Location |
|---|---|
| Sacred Heart | Othello |
| Sacred Heart | Pullman |
| Sacred Heart | Springdale |
| Sacred Heart | Wilbur |
| Sacred Heart | Spokane |
| Sacred Heart | Tekoa |
| Sacred Heart | Wellpinit |
| St. Agnes | Ritzville |
| St. Aloysius Gonzaga | Spokane |
| St. Ambrose | Lind |
| St. Ann | Spokane |
| St. Anne | Medical Lake |
| St. Anthony | Newport |
| St. Anthony | Spokane |
| St. Augustine | Spokane |
| St. Bernard | Ione |
| St. Boniface | Uniontown |
| St. Catherine | Oakesdale |
| St. Charles | Spokane |
| St. Francis Assisi | Harrington |
| St. Francis Assisi | Spokane |
| St. Francis Assisi | Walla Walla |
| St. Francis Xavier | Spokane |
| St. Gall | Colton |
| St. Genevieve | Twisp |
| St. John Vianney | Spokane Valley |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -88
291/526060.82
030707 1145/62174.00001

| Parish | Location |
|---|---|
| St. Joseph | Spokane |
| St. Joseph | Colbert |
| St. Joseph | Dayton |
| St. Joseph | LaCrosse |
| St. Joseph | Metaline Falls |
| St. Joseph | Odessa |
| St. Joseph | Omak |
| St. Joseph | Otis Orchards |
| St. Joseph | Rockford |
| St. Jude | Usk |
| St. Mark | Waitsburg |
| St. Mary | Spokane Valley |
| St. Mary Mission | Omak |
| St. Mary of the Rosary (includes St. Joseph-Jump Off Joe) | Chewelah |
| St. Mary Presentation | Deer Park |
| St. Michael | Reardan |
| St. Michael's Mission | Inchelium |
| St. Paschal | Spokane |
| St. Patrick | Colfax |
| St. Patrick | Curlew |
| St. Patrick | Pasco |
| St. Patrick | Spokane |
| St. Patrick | Walla Walla |
| St. Paul the Apostle | Eltopia |
| St. Peter | Spokane |
| St. Philip Benizi | Ford |

| Parish | Location |
|---|---|
| St. Rose of Lima | Cheney |
| St. Rose of Lima | Keller |
| St. Thomas More | Spokane |
| St. Thomas More Chapel | Pullman |
| St. Vincent | Connell |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -90
291/526060.82
030707 1145/62174.00001

1    Schedule 2.104-Participating Catholic Entities

2    Catholic Cemeteries of Spokane

3    Morning Star Boys' Ranch

4    Immaculate Heart Retreat Center

5    Catholic Charities of Spokane

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -91
291/526060.82
030707 1145/62174.00001

Schedule 2.105-Participating Parishes

| Parish | Location |
|---|---|
| Assumption of the Blessed Virgin | Spokane |
| Assumption of the Blessed Virgin | Walla Walla |
| Cathedral of Our Lady of Lourdes | Spokane |
| Holy Family | Clarkston |
| Holy Ghost | Valley |
| Holy Rosary | Rosalia |
| Holy Rosary | Tonasket |
| Holy Trinity | Washtucna |
| Immaculate Conception | Colville |
| Immaculate Conception | Davenport |
| Immaculate Conception | Oroville |
| Immaculate Conception | Republic |
| Mary Queen of Heaven | Spokane |
| Mary Queen of Heaven | Sprague |
| Our Lady of Fatima | Spokane |
| Our Lady of Lourdes* | West End |
| Our Lady of Perpetual Help | St. John |
| Our Lady of Sorrows* | Kallispel Reservation |
| Our Lady of the Lake | Suncrest |
| Our Lady of the Valley | Okanogan |
| Pure Heart of Mary | Northport |
| Sacred Heart | Brewster |
| Sacred Heart | Kettle Falls |
| Sacred Heart* | Nespelem |
| Sacred Heart | Othello |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -92
291/526060.82
030707 1145/62174.00001

| Parish | Location |
|---|---|
| Sacred Heart | Pullman |
| Sacred Heart | Springdale |
| Sacred Heart | Wilbur |
| Sacred Heart | Spokane |
| Sacred Heart | Tekoa |
| Sacred Heart* | Wellpinit |
| St. Agnes | Ritzville |
| St. Aloysius Gonzaga | Spokane |
| St. Ambrose | Lind |
| St. Ann | Spokane |
| St. Anne | Medical Lake |
| St. Anthony | Newport |
| St. Anthony | Spokane |
| St. Augustine | Spokane |
| St. Bernard | Ione |
| St. Boniface | Uniontown |
| St. Catherine | Oakesdale |
| St. Charles | Spokane |
| St. Francis Assisi | Harrington |
| St. Francis Assisi | Spokane |
| St. Francis Assisi | Walla Walla |
| St. Francis Xavier | Spokane |
| St. Gall | Colton |
| St. Genevieve | Twisp |
| St. John Vianney | Spokane Valley |
| St. Joseph | Spokane |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -93
291/526060.82
030707 1145/62174.00001

| Parish | Location |
|---|---|
| St. Joseph | Colbert |
| St. Joseph | LaCrosse |
| St. Joseph | Metaline Falls |
| St. Joseph | Odessa |
| St. Joseph* | Omak |
| St. Joseph | Otis Orchards |
| St. Joseph | Rockford |
| St. Jude | Usk |
| St. Mary | Spokane Valley |
| St. Mary Mission* | Omak |
| St. Mary of the Rosary (includes St. Joseph-Jump Off Joe) | Chewelah |
| St. Mary Presentation | Deer Park |
| St. Michael | Reardan |
| St. Michael's Mission* | Inchelium |
| St. Paschal | Spokane |
| St. Patrick | Colfax |
| St. Patrick | Curlew |
| St. Patrick | Pasco |
| St. Patrick | Spokane |
| St. Patrick | Walla Walla |
| St. Paul the Apostle | Eltopia |
| St. Peter | Spokane |
| St. Philip Benizi* | Ford |
| St. Rose of Lima | Cheney |
| St. Rose of Lima* | Keller |
| St. Thomas More | Spokane |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -94
291/526060.82
030707 1145/62174.00001

04-08822-FPC11    Doc 1774-2    Filed 03/07/07    Entered 03/07/07 15:13:55    Pg 10 of 30

| Parish | Location |
|---|---|
| St. Thomas More Chapel | Pullman |
| St. Vincent | Connell |

*These Parishes are located on Indian Reservations.  To the extent the property of these Parishes can not be pledged without the consent of the Bureau of Indian Affairs or another governmental or sovereign entity recognized under federal law, such property need not be pledged.

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -95
291/526060.82
030707 1145/62174.00001

Schedule 9.2-Allowed Deposit and Loan Claims

| Claimant | Amount |
|---|---|
| All Saints School | 147,509.46 |
| Bishop White Seminary | 75,952.32 |
| Cataldo Catholic School | 8,825.48 |
| Cathedral of Our Lady of Lourdes | 17,113.44 |
| Cathedral of Our Lady of Lourdes | 1,920.44 |
| Cathedral of Our Lady of Lourdes | 9,726.89 |
| Cathedral of Our Lady of Lourdes | 1,295.00 |
| Catholic Cemeteries – Holy Cross | 749,180.45 |
| Holy Family School – Clarkston | 287.38 |
| Holy Ghost – Valley | 42,965.55 |
| Holy Ghost – Valley | 5,025.29 |
| Holy Rosary – Pomeroy | 9,635.38 |
| Holy Rosary – Tonasket | 2,831.78 |
| Immaculate Conception – Colville | 3,459.22 |
| Immaculate Conception – Davenport | 22,667.07 |
| Immaculate Conception – Oroville | 5,870.51 |
| Immaculate Conception – Republic | 41,773.46 |
| La Comunidad Catolica De Spokane c/ St. Joseph | 2,109.00 |
| Mary Queen of Heaven – Spokane | 4,824.20 |
| Morning Star Boys Ranch | 67,672.85 |
| Our Lady of Fatima | 12,458.52 |
| Our Lady of the Lake | 59,219.09 |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -96
291/526060.82
030707 1145/62174.00001

| | |
|---|---:|
| Our Lady of the Valley | 122,859.94 |
| Sacred Heart – Brewster | 212,270.17 |
| Sacred Heart – Othello | 2,721.62 |
| Sacred Heart – Othello | 268,589.76 |
| Sacred Heart – Pullman | 16,249.98 |
| Sacred Heart – Valley/Springdale | 4,078.31 |
| Sacred Heart – Wilbur | 279,680.73 |
| Sacred Heart – Spokane | 134,220.62 |
| Self Insurance Fund – Automobiles | 91,338.24 |
| Self Insurance Fund – Property | 156,583.91 |
| Spokane Catholic Investment Trust | 9,667.45 |
| St. Aloysius | 28,802.03 |
| St. Ambrose – Lind | 7,410.26 |
| St. Ann | 1,993.98 |
| St. Anthony – Newport | 27,661.80 |
| St. Anthony's Altar Society – Newport | 3,349.24 |
| St. Anthony – Spokane | 15,498.13 |
| St. Bernard | 6,142.85 |
| St. Boniface | 40,630.98 |
| St. Charles | 29,356.67 |
| St. Francis Assisi – Harrington | 17,261.03 |
| St. Francis Assisi – Walla Walla | 59,034.21 |
| St. Francis Xavier | 25,857.10 |
| St. Genevieve | 13,984.49 |
| St. John Vianney Church | 59,088.45 |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -97
291/526060.82
030707 1145/62174.00001

04-08822-FPC11    Doc 1774-2    Filed 03/07/07    Entered 03/07/07 15:13:55    Pg 13 of 30

| | |
|---|---|
| St. John Vianney School | 56,422.99 |
| St. Joseph – Spokane | 64,099.93 |
| St. Joseph – Colbert | 115,819.00 |
| St. Joseph – Jump Off Joe | 17,666,59 |
| St. Joseph – Metaline Falls | 3,975.47 |
| St. Joseph – Odessa | 8,857.91 |
| St. Joseph – Otis Orchards | 42,131.38 |
| St. Mark's – Dayton | 2,799.83 |
| St. Mary – Spokane Valley | 1,505.12 |
| St. Mary Rosary – Chewelah | 44,665.59 |
| St. Mary Rosary – Chewelah Youth Group | 548.94 |
| St. Mary Rosary – Chewelah Cemetery | 5,745.04 |
| St. Mary Presentation – Deer Park | 979,795.94 |
| St. Michael – Reardan | 1,830.58 |
| St. Michael's Mission – Inchelium | 4,816.48 |
| St. Patrick – Colfax | 6,368.57 |
| St. Patrick – Pasco | 1,555.81 |
| St. Patrick – Spokane | 4,059.45 |
| St. Paul – Eltopia | 8,394.73 |
| St. Phillip's Villa | 2,050.15 |
| St. Rose of Lima – Cheney | 76,744.03 |
| St. Thomas More Church | 1,569.35 |
| St. Thomas More School | 7,771.57 |
| St. Vincent – Connell | 10,246.27 |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -98
291/526060.82
030707 1145/62174.00001

| | |
|---|---|
| Walla Walla Catholic Schools | 509.79 |
| Total | 4,396,663.65 |

Schedule 11.1.2(a)-Settled Compromise Tort Claims

| No. | BMC Claim No. | Settlement Amount |
|---|---|---|
| 1. | 15 | $8,000.00 |
| 2. | 51 | $4,000.00 |
| 3. | 83 | $15,000.00 |
| 4. | 91 | $30,000.00 |
| 5. | 93 | $15,000.00 |
| 6. | 94 | $15,000.00 |
| 7. | 115 | $15,000.00 |
| 8. | 117 | $45,000.00 |
| 9. | 120 | $15,000.00 |
| 10. | 297 | $15,000.00 |
| 11. | 298 | $22,800.00 |
| 12. | 301 | $40,000.00 |
| 13. | 308 | $30,000.00 |
| 14. | 309 | $30,000.00 |
| 15. | 310 | $30,000.00 |
| 16. | 311 | $30,000.00 |
| 17. | 312 | $30,000.00 |
| 18. | 313 | $30,000.00 |
| 19. | 314 | $30,000.00 |
| 20. | 316 | $5,000.00 |
| 21. | 318 | $30,000.00 |
| 22. | 393 | $10,000.00 |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -100
291/526060.82
030707 1145/62174.00001

| | | |
|---|---|---:|
| 23. | 395 | $15,000.00 |
| 24. | 399 | $25,000.00 |
| 25. | 401 | $25,000.00 |
| 26. | 409 | $10,000.00 |
| 27. | 410 | $15,000.00 |
| 28. | 418 | $15,000.00 |
| 29. | 421 | $15,000.00 |
| TOTAL | | $614,800.00 |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -101
291/526060.82
030707 1145/62174.00001

Schedule 11.1.2(b)-Settled Matrix Tort Claims

| No. | BMC Claim No. | Settlement Amount |
|-----|---------------|-------------------|
| 1. | 46 | $300,000.00 |
| 2. | 58 | $235,000.00 |
| 3. | 68 | $160,000.00 |
| 4. | 69 | $175,000.00 |
| 5. | 70 | $88,000.00 |
| 6. | 88 | $95,000.00 |
| 7. | 160 | $75,000.00 |
| TOTAL | | $1,128,000.00 |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -102
291/526060.82
030707 1145/62174.00001

Schedule 15.1.1.2-Real and Personal Property

All real and personal property in which the Estate has an interest, including but not limited to:

| Real Property | |
|---|---|
| Catholic Pastoral Center (Chancery) | |
| Fairfield Agricultural Land (Mattausch Farm) | |
| Bishop White Seminary | |
| Bishop White Seminary SFR | |
| Bishop's House | |
| Chester Property | |
| Medical Lake | |
| | |
| | |
| Personal Property | |
| Cash | |
| DLF Loans | |
| Insurance Actions | |
| Interest of Bishop in Certain Other Corporations except the Participating Catholic Entities | |
| Accounts and Pledges Receivable | |
| Office Equipment, and Other Tangible Personal Property | |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -103
291/526060.82
030707 1145/62174.00001

1    Schedule 15.3.1-20 Acre Parcel

2    To follow

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Schedule  15.4.1-Parish Property

| | |
|---|---|
| Assumption of the Blessed Virgin | 3624 W Indian Trail Road, Spokane |
| Assumption of the Blessed Virgin | 2098 E Alder Street, Walla Walla |
| Cathedral of Our Lady of Lourdes | 1115 W. Riverside Avenue, Spokane |
| Holy Family | 917 Chestnut Street, Clarkston |
| Holy Ghost | 3083 Hemlock Street, Valley |
| Holy Rosary | 622 N. Plaza Avenue, Rosalia |
| Holy Rosary | 1st and Whitcomb, Tonasket |
| Holy Trinity | Washtucna |
| Immaculate Conception | 320 N. Maple, Colville |
| Immaculate Conception | 1310 Adams Street, Davenport |
| Immaculate Conception | 1715 Main Street, Oroville |
| Immaculate Conception | 261 E. 7th Street, Republic |
| Immaculate Heart Retreat Center | 6910 S Ben Burr Road, Spokane, WA |
| Mary Queen of Heaven | 3423 E. Carlisle Avenue, Spokane |
| Mary Queen of Heaven | Sprague |
| Our Lady of Fatima | 1517 E. 33rd Avenue, Spokane |
| Our Lady of Lourdes* | West End |
| Our Lady of Perpetual Help | St. John |
| Our Lady of Sorrows* | Kallispel Reservation |
| Our Lady of the Lake | Highway 291, Nine Mile Falls |
| Our Lady of the Valley | 2511 N.Elmway, Okanogan |
| Pure Heart of Mary | 720 South Street, Northport |
| Sacred Heart | 214 S. 5th Street, Brewster |
| Sacred Heart | Highway 396, Kettle Falls |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -105
291/526060.82
030707 1145/62174.00001

| | |
|---|---|
| Sacred Heart* | Nespelem |
| Sacred Heart | 616 E. Juniper, Othello |
| Sacred Heart | 440 NE Ash Street, Pullman |
| Sacred Heart | 110 S. 2nd Street, Springdale |
| Sacred Heart | 606 SW Alder, Wilbur |
| Sacred Heart | 219 E. Rockwood Boulevard, Spokane |
| Sacred Heart | 822 N. Washington Street, Tekoa |
| Sacred Heart* | Wellpinit |
| St. Agnes | 404 E. 5th, Ritzville |
| St. Aloysius Gonzaga | 330 E. Boone Avenue, Spokane |
| St. Ambrose | Lind |
| St. Ann | 2120 E. First Avenue, Spokane |
| St. Anne | 708 E. Lake Street, Medical Lake |
| St. Anthony | 612 W. 1st Avenue, Newport |
| St. Anthony | 2320 N. Cedar Street, Spokane |
| St. Augustine | 428 W. 19th Avenue, Spokane |
| St. Bernard | 802 8th, Ione |
| St. Boniface | Uniontown |
| St. Catherine | 4th and Steptoe, Oakesdale |
| St. Charles | 4515 N. Alberta Street, Spokane |
| St. Francis Assisi | 206 Coal Creek Road, Harrington |
| St. Francis Assisi | 1104 W. Heroy, Spokane |
| St. Francis Assisi | 722 W. Alder Street, Walla Walla |
| St. Francis Xavier | 545 E. Providence Avenue, Spokane |

| | |
|---|---|
| St. Gall | 312 Steptoe Street, Colton |
| St. Genevieve | 403 Burgar Street, Twisp |
| St. John Vianney | 503 N. Walnut Road, Spokane Valley |
| St. Joseph | 1503 W. Dean Avenue, Spokane |
| St. Joseph | 3720 E. Colbert Road, Colbert |
| St. Joseph | Star and 2nd Street, LaCrosse |
| St. Joseph | 406 Park, Metaline Falls |
| St. Joseph | 907 S Dixie Boulevard, Odessa |
| St. Joseph* | 530 Jackson, Omak |
| St. Joseph | 4521 N. Arden Road, Otis Orchards |
| St. Joseph | 138 S. River Street, Rockford |
| St. Jude | River Road, Usk |
| St. Mary | 304 S. Adams Road, Spokane Valley |
| St. Mary Mission* | Omak |
| St. Mary of the Rosary (includes St. Joseph-Jump Off Joe) | 502 E. Main Street, Chewelah |
| St. Mary Presentation | 310 N. Main Street, Deer Park |
| St. Michael | 455 Cottonwood, Reardan |
| St. Michael's Mission* | Hall Creek Road, Inchelium |
| St. Paschal | 2523 N. Park Road, Spokane |
| St. Patrick | 1018 S. Main Street, Colfax |
| St. Patrick | 9 Church Street, Curlew |
| St. Patrick | 1320 W. Henry, Pasco |
| St. Patrick | 5021 N. Nelson Street, Spokane |
| St. Patrick | 408 W. Poplar, Walla Walla |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -107
291/526060.82
030707 1145/62174.00001

| St. Paul the Apostle | 14181 Glade Road, Eltopia |
|---|---|
| St. Peter | 3520 E. 18th Avenue, Spokane |
| St. Philip Benizi* | Ford |
| St. Rose of Lima | 460 N. 5th Street, Cheney |
| St. Rose of Lima* | Keller |
| St. Thomas More | 505 W. St. Thomas More Way, Spokane |
| St. Thomas More Chapel | 820 NE "B" Street, Pullman |
| St. Vincent | Connell |

*These Parishes are located on Indian Reservations. To the extent the property of these Parishes can not be pledged without the consent of the Bureau of Indian Affairs or another governmental or sovereign entity recognized under federal law, such property need not be pledged.

Legal descriptions will not be attached to the Plan

1    Schedule 15.4.3.1.2-Note 2 Parishes

2    Cathedral of Our Lady of Lourdes Parish

3    Assumption of the Blessed Virgin Parish

4    St. Augustine Parish

5    St. Mary Parish, Spokane Valley

6    Immaculate Heart Retreat Center

Schedule 15.8-Insurance Settlements

| Insurer | Settlement Amount |
|---|---|
| General Insurance Company of America (a/k/a Safeco)[1] | $5,250,000.00 |
| ACE Property and Casualty Insurance Company[2] | 1,500,000.00 |
| Indiana Insurance Company | 2,750,000.00 |
| Oregon Automobile Insurance Company | 5,814,290.00 |
| Washington Insurance Guaranty Association[3] | 999,999.99 |
| CNA (Pacific Insurance Company, Columbia Casualty Company, American Casualty Company of Reading Pennsylvania, Continental Insurance Company and The Glens Falls Insurance Company) | 3,500,000.00 |
| TOTAL | $19,814,289.99 |

---

[1] An account has been established by this Insurer carrier for this Settlement and the funds are accruing interest for the benefit of the Debtor.
[2] An account has been established by this Insurer carrier for this Settlement and the funds are accruing interest for the benefit of the Debtor.
[3] An account has been established by the Debtor for this settlement and the funds are accruing interest for the benefit of the Debtor.

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -110
291/526060.82
030707 1145/62174.00001

1   Schedule 15.9(a)-FTC Parish Group 1

2   Cathedral of Our Lady of Lourdes Parish

3   Assumption of the Blessed Virgin Parish

4   St. Augustine Parish

5   St. Mary Parish, Spokane Valley

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -111
291/526060.82
030707 1145/62174.00001

1    Schedule 15.9(b)-FTC Parish Group 2

2    St. Patrick

3    St. Thomas More (Church & School)

4    Our Lady of Fatima (Church & School)

5    St. Charles (Church & School)

6    St. Ann

7    Sacred Heart

8    St. John Vianney (Church & School)

9    St. Peter (Church & School)

10   St. Aloysius

11   Mary Queen of Heaven

12   St. Joseph

13   St. Paschal Parish

14   St. Aloysius (School)

15   St. Anthony (Church & School)

16   St. Francis Catholic School

17   St. Joseph

18

19

20

21

22

23

24

25

26

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -112
291/526060.82
030707 1145/62174.00001

Schedule 17.1-Assumed Executory Contracts and Unexpired Leases

| Name & Address | Description |
|---|---|
| GE Capital P. O. Box 31001 Pasadena, CA 91110-0274 | Equipment Lease |
| | Canon Copier Model # IR600, Serial # NLE09375 |
| | Canon Copier Model # IR600,Serial # NNT16772 |
| | Canon Copier Model # IR1330, Serial # ZTZ00479 |
| | Canon Copier Model # CLC1150, Serial # NNC00405 |
| Schindler Elevator Corp. 409 N. Thierman Road  Ste D Spokane Valley, WA 99213-3160 | Elevator Maintenance |
| | Service Contract # 4100015110 |
| Culligan  25 E. 3rd. Ave. Spokane, WA 99202-1492 | Water Treatment |
| SMK Construction Co., Inc. P. O. Box 4687 Spokane, WA 99220 | HVAC Maintenance |
| | CL9397545 |
| Honeywell Inc. 12490 Collection Center Dr. Chicago, IL 60693-0124 | Heating System Maintenance |

| | |
|---|---|
| Ampco System Parking<br><br>1325 4th. Ave. Ste 910<br><br>Seattle, WA 98101-2529 | Parking lot lease |
| The John Carroll Society<br><br>c /o Brenda Alford<br><br>9612 St. Thomas Drive<br><br>PO Box 4744<br><br>Pasco 99302-4744 | Agreement for Administration and<br><br>Operation of St. Patrick's School,<br><br>Pasco, WA |
| Rockwood Lane Units 104, 204, 208,<br><br>222 and 308<br><br>Spokane, WA | Tenancy agreements for residences<br><br>for retired priests |

DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION
JOINTLY PROPOSED BY AOP, DEBTOR, FCR AND TCC -114
291/526060.82
030707 1145/62174.00001