Dillon E. Jackson WSBA #1539
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile No.: (206) 447-9700

Counsel for Plan Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| In Re: | Case No. 04-08822-FPC-11 |
|---|---|
| THE CATHOLIC BISHOP OF SPOKANE, | PLAN TRUSTEE'S FINANCIAL REPORT |
| Debtor. | |

Maggie Lyons, Plan Trustee herein, files the Trustee's financial reports for the period ending June 30, 2014 as follows:

Your Plan Trustee is successor to Gloria Nagler appointed by Order of this Court on July 5, 2012.

### I. SUMMARY OF PLAN TRUST ACTIVITY.

**1.1 Initial Tort Claimant Distributions.**

Trustee Nagler made distributions to Initial Tort Claimants on July 30, 2007, August 13, 2007 and December 14, 2007 and through the claims agent, BMP, provided the accounting of those payments to successor Trustee Lyons. On October 12, 2012 Trustee Lyons made an additional distribution of $600,000 to Initial Tort Claimants. On June 2, 2014, Trustee Lyons distributed the sum of $300,074 to claimants. These distributions are reflected on Exhibit A hereto.

PLAN TRUSTEE'S FINANCIAL REPORT 1
51398578.151397256.1

**1.2 Future Claims and Enforcement Reserve.**

The Future Clams Fund is presently at $200,000 plus a small interest accrual. In accordance with the Future Claims Commitment the Plan Trustee will, upon notification of allowance of a claim or claims, notify the Reorganized Debtor to pay the requisite amounts into the Plan Trust for payment by the Trust. There are no unpaid and allowed Future Claims at this time.

It is possible that some allowed future claims have been paid directly by the Reorganized Debtor or from insurance coverage. The Plan Trustee does not presently have the accounting for such payments, if any.

**1.3 Future Claims Distributions.**

Accounting received from former Trustee Nagler's accountant indicates payment made by her to four allowed claims totaling $320,000.

**1.4 No Allowed Unpaid Future Claims.**

Trustee Lyons has received no notification of allowed future claims and therefore has paid no future claims.

## II. BALANCE SHEETS

**2.1 Balance Sheet.**

Balance sheet attached for June 30, 2014, Exhibit B.

**2.2 Form of Trust Assets.**

All of the assets of the Trust are in the form of cash in bank accounts and certificates of deposit as noted on the balance sheets. In 2014, the Plan Trustee and her counsel negotiated a 20% share of the net recovery in the law suit filed by the Diocese against the Paine Hamblen law firm and certain of its principals pending in adversary proceeding #14-80001. The suit is has not been resolved and the value of this asset cannot be determined.

### III. PROFIT AND LOSS.

The P & L statements reflect the income and outgo of the Plan Trust since the appointment of successor Plan Trustee Lyons for 2014 through June 30. Exhibit C.

DATED this 26th day of September, 2014.

FOSTER PEPPER PLLC

*s/ Dillon E. Jackson*

Dillon E. Jackson, WSBA #1539
Attorneys for Plan Trustee, Maggie Lyons

PLAN TRUSTEE'S FINANCIAL REPORT  3
51398578.151397256.1