## Catholic Diocese of Spokane Settlement Fund
## Total Claims Payments
## and Remainings Unpaid Balance by Claim
## as of 6/30/14

| Claim # | Allowed Claim | 1st Distribution | 2nd Distribution | Tort Claim Settlement Payments | Supplemental Tort Claim Settlement Payments | 3rd Distribution Payment | 4th Distribution Payment | Unpaid Claim after to 4th Distribution |
|---|---|---|---|---|---|---|---|---|
| 1-A | $ 175,000.00 | 131,021.50 | 15,616.76 | 7,500.00 | | 2,472.16 | 1,236.39 | 17,153.19 |
| 1-B | $ 175,000.00 | 131,021.50 | 15,616.75 | 7,500.00 | | 2,472.16 | 1,236.38 | 17,153.21 |
| 37 | $ 125,000.00 | 83,944.00 | 11,154.83 | 15,000.00 | | 1,765.83 | 883.13 | 12,252.21 |
| 46 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 47 | $ 125,000.00 | 83,944.00 | 11,154.83 | 15,000.00 | | 1,765.83 | 883.13 | 12,252.21 |
| 49 | $ 200,000.00 | 143,310.00 | 17,847.72 | 15,000.00 | | 2,825.32 | 1,413.01 | 19,603.95 |
| 50 | $ 200,000.00 | 158,310.00 | 17,847.72 | | | 2,825.32 | 1,413.01 | 19,603.95 |
| 52 | $ 500,000.00 | 380,775.00 | 44,619.30 | 15,000.00 | | 7,063.31 | 3,532.53 | 49,009.86 |
| 58 | $ 235,000.00 | 171,014.00 | 20,971.07 | 15,000.00 | | 3,319.76 | 1,660.29 | 23,034.88 |
| 65 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 66 | $ 225,000.00 | 163,099.00 | 20,078.69 | 15,000.00 | | 3,178.49 | 1,589.64 | 22,054.18 |
| 68 | $ 160,000.00 | 111,648.00 | 14,278.18 | 15,000.00 | | 2,260.26 | 1,130.41 | 15,683.15 |
| 69 | $ 175,000.00 | 123,521.00 | 15,616.76 | 15,000.00 | | 2,472.16 | 1,236.38 | 17,153.70 |
| 70 | $ 88,000.00 | 54,656.00 | 7,853.00 | 15,000.00 | | 1,243.14 | 621.72 | 8,626.14 |
| 74 | $ 100,000.00 | 64,155.00 | 8,923.86 | 15,000.00 | | 1,412.66 | 706.51 | 9,801.97 |
| 76 | $ 250,000.00 | 182,888.00 | 22,309.65 | 15,000.00 | | 3,531.66 | 1,766.26 | 24,504.43 |
| 80 | $ 150,000.00 | 103,733.00 | 13,385.79 | 15,000.00 | | 2,118.99 | 1,059.76 | 14,702.46 |
| 81 | $ 74,999.00 | 44,366.00 | 6,692.81 | 15,000.00 | | 1,059.48 | 529.87 | 7,350.84 |
| 88 | $ 95,000.00 | 60,197.00 | 8,477.67 | 15,000.00 | | 1,342.03 | 671.18 | 9,312.12 |
| 98 | $ 50,000.00 | 24,578.00 | 4,461.93 | 15,000.00 | | 706.33 | 353.25 | 4,900.49 |
| 100 | $ 475,000.00 | 360,987.00 | 42,388.34 | 15,000.00 | | 6,710.15 | 3,355.90 | 46,558.61 |
| 101 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 103 | $ 150,000.00 | 103,733.00 | 13,385.79 | 15,000.00 | | 2,118.99 | 1,059.76 | 14,702.46 |
| 104 | $ 175,000.00 | 123,521.00 | 15,616.76 | 15,000.00 | | 2,472.16 | 1,236.38 | 17,153.70 |
| 109 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 110 | $ 325,000.00 | 242,254.00 | 29,002.55 | 15,000.00 | | 4,591.15 | 2,296.14 | 31,856.16 |
| 111 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 121 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 127 | $ 400,000.00 | 301,620.00 | 35,695.44 | 15,000.00 | | 5,650.65 | 2,826.02 | 39,207.89 |
| 128 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 129 | $ 400,000.00 | 301,620.00 | 35,695.44 | 15,000.00 | | 5,650.65 | 2,826.02 | 39,207.89 |
| 130 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 131 | $ 800,000.00 | 618,241.00 | 71,390.89 | 15,000.00 | | 11,301.30 | 5,652.04 | 78,414.77 |
| 132 | $ 325,000.00 | 242,254.00 | 29,002.55 | 15,000.00 | | 4,591.15 | 2,296.14 | 31,856.16 |
| 133 | $ 125,000.00 | 83,944.00 | 11,154.83 | 15,000.00 | | 1,765.83 | 883.13 | 12,252.21 |
| 134 | $ 105,000.00 | 68,113.00 | 9,370.05 | 15,000.00 | | 1,483.30 | 741.83 | 10,291.82 |
| 135 | $ 650,000.00 | 499,508.00 | 58,005.10 | 15,000.00 | | 9,182.30 | 4,592.28 | 63,712.32 |
| 136 | $ 400,000.00 | 301,620.00 | 35,695.44 | 15,000.00 | | 5,650.65 | 2,826.02 | 39,207.89 |
| 137 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 138 | $ 400,000.00 | 301,620.00 | 35,695.44 | | 15,000.00 | 5,650.65 | 2,826.02 | 39,207.89 |
| 139 | $ 125,000.00 | 98,944.00 | 11,154.83 | | | 1,765.83 | 883.13 | 12,252.21 |
| 140 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 141 | $ 425,000.00 | 321,409.00 | 37,926.41 | 15,000.00 | | 6,003.81 | 3,002.65 | 41,658.13 |
| 142 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 143 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 144 | $ 325,000.00 | 242,254.00 | 29,002.55 | 15,000.00 | | 4,591.15 | 2,296.14 | 31,856.16 |
| 145 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 146 | $ 150,000.00 | 103,733.00 | 13,385.79 | 15,000.00 | | 2,118.99 | 1,059.76 | 14,702.46 |
| 147 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 148 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 149 | $ 750,000.00 | 578,663.00 | 66,928.96 | 15,000.00 | | 10,594.97 | 5,298.79 | 73,514.28 |
| 150 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 151 | $ 600,000.00 | 459,931.00 | 53,543.16 | 15,000.00 | | 8,475.97 | 4,239.03 | 58,810.84 |
| 152 | $ 400,000.00 | 301,620.00 | 35,695.44 | 15,000.00 | | 5,650.65 | 2,826.02 | 39,207.89 |
| 153 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 154 | $ 750,000.00 | 578,663.00 | 66,928.96 | | 15,000.00 | 10,594.97 | 5,298.79 | 73,514.28 |
| 155 | $ 800,000.00 | 618,241.00 | 71,390.89 | 15,000.00 | | 11,301.30 | 5,652.04 | 78,414.77 |
| 156 | $ 250,000.00 | 182,888.00 | 22,309.65 | 15,000.00 | | 3,531.66 | 1,766.26 | 24,504.43 |
| 157 | $ 325,000.00 | 242,254.00 | 29,002.55 | 15,000.00 | | 4,591.15 | 2,296.14 | 31,856.16 |
| 158 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 160 | $ 75,000.00 | 44,366.00 | 6,692.90 | 15,000.00 | | 1,059.50 | 529.88 | 7,351.72 |
| 161 | $ 400,000.00 | 301,620.00 | 35,695.44 | | 15,000.00 | 5,650.65 | 2,826.02 | 39,207.89 |
| 163 | $ 750,000.00 | 578,663.00 | 66,928.96 | 15,000.00 | | 10,594.97 | 5,298.79 | 73,514.28 |

Exhibit A

## Catholic Diocese of Spokane Settlement Fund
## Total Claims Payments
## and Remainings Unpaid Balance by Claim
## as of 6/30/14

| Claim # | Allowed Claim | 1st Distribution | 2nd Distribution | Tort Claim Settlement Payments | Supplemental Tort Claim Settlement Payments | 3rd Distribution Payment | 4th Distribution Payment | Unpaid Claim after to 4th Distribution |
|---|---|---|---|---|---|---|---|---|
| 164 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 166 | $ 425,000.00 | 321,409.00 | 37,926.41 | 15,000.00 | | 6,003.81 | 3,002.65 | 41,658.13 |
| 167 | $ 1,500,000.00 | 1,172,326.00 | 133,857.91 | 15,000.00 | | 21,189.93 | 10,597.58 | 147,028.58 |
| 168 | $ 250,000.00 | 182,888.00 | 22,309.65 | 15,000.00 | | 3,531.66 | 1,766.26 | 24,504.43 |
| 169 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 170 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 171 | $ 200,000.00 | 143,310.00 | 17,847.72 | 15,000.00 | | 2,825.32 | 1,413.01 | 19,603.95 |
| 172 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 173 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 174 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 175 | $ 275,000.00 | 202,677.00 | 24,540.62 | 15,000.00 | | 3,884.82 | 1,942.89 | 26,954.67 |
| 176 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 177 | $ 450,000.00 | 341,198.00 | 40,157.37 | 15,000.00 | | 6,356.98 | 3,179.27 | 44,108.38 |
| 260 | $ 750,000.00 | 578,663.00 | 66,928.96 | 15,000.00 | | 10,594.97 | 5,298.79 | 73,514.28 |
| 261 | $ 800,000.00 | 618,241.00 | 71,390.89 | 15,000.00 | | 11,301.30 | 5,652.04 | 78,414.77 |
| 262 | $ 600,000.00 | 459,931.00 | 53,543.16 | 15,000.00 | | 8,475.97 | 4,239.03 | 58,810.84 |
| 265 | $ 149,999.00 | 103,732.00 | 13,385.70 | 15,000.00 | | 2,118.98 | 1,059.75 | 14,702.57 |
| 266 | $ 325,000.00 | 242,254.00 | 29,002.55 | 15,000.00 | | 4,591.15 | 2,296.14 | 31,856.16 |
| 267 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 269 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 270 | $ 400,000.00 | 301,620.00 | 35,695.44 | 15,000.00 | | 5,650.65 | 2,826.02 | 39,207.89 |
| 272 | $ 325,000.00 | 242,254.00 | 29,002.55 | 15,000.00 | | 4,591.15 | 2,296.14 | 31,856.16 |
| 273 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 275 | $ 800,000.00 | 618,241.00 | 71,390.89 | 15,000.00 | | 11,301.30 | 5,652.04 | 78,414.77 |
| 277 | $ 425,000.00 | 321,409.00 | 37,926.41 | 15,000.00 | | 6,003.81 | 3,002.65 | 41,658.13 |
| 278 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 279 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 280 | $ 750,000.00 | 578,663.00 | 66,928.96 | 15,000.00 | | 10,594.97 | 5,298.79 | 73,514.28 |
| 281 | $ 550,000.00 | 420,353.00 | 49,081.23 | 15,000.00 | | 7,769.64 | 3,885.78 | 53,910.35 |
| 282 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 283 | $ 750,000.00 | 578,663.00 | 66,928.96 | 15,000.00 | | 10,594.97 | 5,298.79 | 73,514.28 |
| 284 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 285 | $ 325,000.00 | 242,254.00 | 29,002.55 | 15,000.00 | | 4,591.15 | 2,296.14 | 31,856.16 |
| 286 | $ 100,000.00 | 64,155.00 | 8,923.86 | 15,000.00 | | 1,412.66 | 706.51 | 9,801.97 |
| 287 | $ 175,000.00 | 123,521.00 | 15,616.76 | 15,000.00 | | 2,472.16 | 1,236.38 | 17,153.70 |
| 288 | $ 750,000.00 | 578,663.00 | 66,928.96 | 15,000.00 | | 10,594.97 | 5,298.79 | 73,514.28 |
| 293 | $ 480,000.00 | 364,944.00 | 42,834.53 | 15,000.00 | | 6,780.78 | 3,391.23 | 47,049.46 |
| 294 | $ 780,000.00 | 602,410.00 | 69,606.11 | 15,000.00 | | 11,018.77 | 5,510.74 | 76,454.38 |
| 295 | $ 780,000.00 | 602,410.00 | 69,606.11 | 15,000.00 | | 11,018.77 | 5,510.74 | 76,454.38 |
| 304 | $ 250,000.00 | 182,888.00 | 22,309.65 | 15,000.00 | | 3,531.66 | 1,766.26 | 24,504.43 |
| 320 | $ 150,000.00 | 103,733.00 | | 28,385.79 | | 2,118.99 | 1,059.76 | 14,702.46 |
| 321 | $ 375,000.00 | 281,832.00 | 33,464.48 | 15,000.00 | | 5,297.48 | 2,649.40 | 36,756.64 |
| 322 | $ 200,000.00 | 143,310.00 | 17,847.72 | 15,000.00 | | 2,825.32 | 1,413.01 | 19,603.95 |
| 323 | $ 175,000.00 | 123,521.00 | 15,616.76 | 15,000.00 | | 2,472.14 | 1,236.36 | 17,153.74 |
| 324 | $ 149,999.00 | 103,732.00 | 13,385.70 | 15,000.00 | | 2,118.98 | 1,059.75 | 14,702.57 |
| 326 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 389 | $ 100,000.00 | 64,155.00 | 8,923.86 | 15,000.00 | | 1,412.66 | 706.51 | 9,801.97 |
| 390 | $ 250,000.00 | 182,888.00 | 22,309.65 | 15,000.00 | | 3,531.66 | 1,766.26 | 24,504.43 |
| 394 | $ 200,000.00 | 0.00 | | 176,158.00 | 0.00 | 2,825.32 | 1,413.01 | 19,603.67 |
| 408 | $ 350,000.00 | 262,043.00 | 31,233.51 | 15,000.00 | | 4,944.32 | 2,472.77 | 34,306.40 |
| 411 | $ 100,000.00 | 64,155.00 | 8,923.86 | 15,000.00 | | 1,412.66 | 706.51 | 9,801.97 |
| 416 | $ 250,000.00 | 182,888.00 | 22,309.65 | 15,000.00 | | 3,531.66 | 1,766.26 | 24,504.43 |
| 417 | $ 600,000.00 | 459,931.00 | 53,543.16 | 15,000.00 | | 8,475.97 | 4,239.03 | 58,810.84 |
| 427 | $ 175,000.00 | 123,521.00 | 15,616.76 | | 15,000.00 | 2,472.16 | 1,236.38 | 17,153.70 |
| 428 | $ 300,000.00 | 222,465.00 | 26,771.58 | 15,000.00 | | 4,237.99 | 2,119.52 | 29,405.91 |
| 429 | $ 400,000.00 | 301,620.00 | 35,695.44 | | 15,000.00 | 5,650.65 | 2,826.00 | 39,207.91 |
| Grand Total | $ 42,472,997.00 | $ 31,736,232.00 | $ 3,758,997.60 | $ 1,839,543.79 | $ 75,000.00 | $ 600,000.00 | $ 300,074.00 | $ 4,163,149.61 |

04-08822-FPC11    Doc 2885-1    Filed 09/26/14    Entered 09/26/14 14:13:10    Pg 2 of 2