# Exhibit B

# Catholic Diocese of Spokane Settlement Fund
# Balance Sheet
## As of June 30, 2014

| | |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       **CDARS Claims Reserve 2015** | 277,752.35 |
|       **Claims Payment Account - 5794** | 95,722.18 |
|       **General Checking Account - 5816** | 13,765.00 |
|       **MMA #8882-Future Claims Enforce** | 200,315.60 |
|     **Total Checking/Savings** | 587,555.13 |
|   **Total Current Assets** | 587,555.13 |
| **TOTAL ASSETS** | **587,555.13** |
| | |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         **Accounts Payable** | 62,229.47 |
|         **Claims Payable** | 4,163,149.61 |
|       **Total Accounts Payable** | 4,225,379.08 |
|     **Total Current Liabilities** | 4,225,379.08 |
|   **Total Liabilities** | 4,225,379.08 |
|   **Equity** | |
|     **Diocese Transfer** | 25,000.00 |
|     **Opening Balance Equity** | -3,594,426.80 |
|     **Retained Earnings** | -13,033.07 |
|     **Net Income** | -55,364.08 |
|   **Total Equity** | -3,637,823.95 |
| **TOTAL LIABILITIES & EQUITY** | **587,555.13** |