# Exhibit C

## Catholic Diocese of Spokane Settlement Fund
# Profit & Loss
### January through June 2014

| | |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Expense** | |
|     **Bank Charges** | 16.00 |
|     **Legal Fees and Expenses** | |
|       **Legal Expense-Future Claims** | 1,899.00 |
|       **Legal Fees-general Trust admin** | 52,351.32 |
|     **Total Legal Fees and Expenses** | 54,250.32 |
| | |
|     **Trustee Expenses** | 1,730.32 |
|   **Total Expense** | 55,996.64 |
| | |
| **Net Ordinary Income** | -55,996.64 |
| | |
| **Other Income/Expense** | |
|   **Other Income** | |
|     **Interest Income** | 632.56 |
|   **Total Other Income** | 632.56 |
| | |
| **Net Other Income** | 632.56 |
| | |
| **Net Income** | **-55,364.08** |